**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:26-mj-00243-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| PABLO COVARRUBIAS-ISLAS, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary hearing currently scheduled for July 20, 2026 at 4:00 p.m., be vacated and continued to  October 19, 2026  at the hour of  4 : 00  p .m.; or to a time and date convenient to the court.

DATED this 14th day of July, 2026.

_____
UNITED STATES MAGISTRATE JUDGE